**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DAYANA ROSA FREITES RENDA,

      Petitioner,

v.                                                                                    Case No. 3:26-cv-701-WWB-LLL

WARDEN, BAKER COUNTY
DETENTION CENTER, et al.,

      Respondents.

_____

## **ORDER**

Petitioner, with help from counsel, has filed an Emergency Motion for Temporary Restraining Order and Preliminary Injunction.  (Doc. 7).  In the Motion, Petitioner asks that the Court enjoin Immigration and Custom Enforcement ("**ICE**") from continuing to unlawfully detain her and prohibiting ICE from removing Petitioner while this habeas action is pending.  (*Id.* at 3).  But, upon review, the Court finds that the Motion fails to comply with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Middle District of Florida.  For example, the Motion does not include a written certification about "any efforts made to give notice [to Respondents] and the reasons why it should not be required."  Fed. R. Civ. P. 65(b)(1)(B).  And the Motion does not include "a precise and verified explanation of the amount of the required security" or a proposed order.  *See* M.D. Fla. R. 6.01(a)(4), (6); *see also* Fed. R. Civ. P. 65(c).  Thus, the Motion is denied without prejudice.  Petitioner is reminded that should she choose to refile her request, she must ensure full compliance with the Federal Rules of Civil Procedure, the Local Rules, and this Court's Standing Orders.

Accordingly, it is **ORDERED** that Petitioner's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 7) is **DENIED without prejudice**.

**DONE AND ORDERED** in Jacksonville, Florida, on April 7, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
c:    Counsel of record

2